

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 363RD JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 13th day of October, 2014, the cause on appeal to revise or reverse the judgment between

BILLY WAYNE WILLIAMS, Appellant

No. 05-14-01219-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F03-00824-W.
Opinion delivered by Justice Myers, Chief Justice Wright and Justice Francis participating.

was determined; and this Court made its order in these words:

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 29th day of December, 2014.

_____
LISA MATZ, Clerk